AO 442

# United States District Court

for the

District of Utah

RECEIVED

By THewlett at 11:06 am, Sep 18, 2024

UNITED STATES OF AMERICA

V.

**Hill**

Case No: 2:24-cr-00299-HCN

## ARREST WARRANT

To:    The United States Marshal
       and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)   **DALLIN VON HILL** ,

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment     [ ] Superseding Indictment     [ ] Information     [ ] Superseding Information

[ ] Complaint     [ ] Order of court     [ ] Violation Notice     [ ] Probation Violation Petition

[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Coercion and Enticement For Illegal Sexual Activity**
**Receipt of Child Pornography**

in violation of     18:2422(b), 18:2252A(a)(2) and (b)                              United States Code.

Gary P. Serdar                                          Clerk of Court
Name of Issuing Officer                                 Title of Issuing Officer

                                                        September 18, 2024 at Salt Lake City, Utah
Signature of Issuing Officer                            Date and Location

By:    Deborah Eyer
       Deputy Clerk

WARRANT

Bail fixed _____ by _____
                                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| |

| DATE RECEIVED 9/18/2024 | NAME AND TITLE OF ARRESTING OFFICER TFO BRYANT LORE | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 09/20/2024 | | |